UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARK SAUTER**, *et al.*, | ) | |
| Plaintiffs, | ) | Civil Action No. 17-1596 |
| v. | ) | |
| **DEPARTMENT OF STATE**, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Department of Defense's motion [56] for summary judgment. In response to the motion, plaintiffs filed a notice [62] of concession on December 12, 2019. The Court therefore **GRANTS** the motion for summary judgment as conceded. This case shall be **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

Date:  April 30, 2020               _____/s/_____
                                    Royce C. Lamberth
                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARK SAUTER**, *et al.*, | ) | |
| Plaintiffs, | ) | Civil Action No. 17-1596 |
| v. | ) | |
| **DEPARTMENT OF STATE**, *et al.*, | ) | |
| Defendants. | ) | |

## JUDGMENT

The Court enters judgment for the defendants, dismissing this case with prejudice.

Date:  April 30, 2020                                /s/
                                                           Royce C. Lamberth
                                                           United States District Judge